IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00654-PSF-CBS

CECIL SCOTT,

      Plaintiff,

v.

ASARCO LLC;
RETIREMENT BENEFIT PLAN FOR SALARIED EMPLOYEES OF
SOUTHERN PERU COPPER CORPORATION; and
DEBBIE BAKER, as Pension Administrator for Asarco LLC,

      Defendants.

---

## ORDER OF DISMISSAL

---

      In light of the pending bankruptcy proceedings of ASARCO LLC and due to the death of the plaintiff (Suggestion of Death, Dkt. # 9) with no successor noted, the Court hereby VACATES the case management conference scheduled for June 22, 2006; the Motion to Dismiss (Dkt. # 10) is GRANTED; and the Motion to Appear By Telephone (Dkt. # 11) is DENIED as moot.  This case is hereby DISMISSED without prejudice.

      DATED: June 21, 2006

                         BY THE COURT:


                         *s/ Phillip S. Figa*
                         _____
                         Phillip S. Figa
                         United States District Judge